RHESA HAWKINS BARKSDALE, Circuit Judge,
dissenting:
In the light of the district court’s finding, based, inter alia, on the presentence investigation report (PSR), that Balderas intentionally or recklessly created a substantial risk of death or serious bodily *420 injury, and our reviewing that finding only for clear error, I would affirm the sentence imposed by the district court. For example, pursuant to Balderas’ written statement, the PSR stated that Balderas was “asked ... if he was interested in driving a car loaded with illegal aliens”. (Emphasis added.) It is not clearly erroneous to find this indicated more persons were in the vehicle than just on the front and back seats. In short, under the well-established standards for a district judge to adopt the PSR, it was not clearly erroneous to find Balderas knew, or should have known, illegal aliens were in the trunk. I respectfully dissent.